for want of prosecution, effective November 3, 1988.

**88-1713.** Quest, Inc. v. Cleveland. *Cuyahoga County,* No. 55785. *Sua sponte,* cause dismissed for want of prosecution, effective November 3, 1988.

### Wednesday, November 16, 1988

## MISCELLANEOUS DISMISSALS

**87-2161.** Clendenin v. Toledo. *Lucas County,* No. L-87-26. Cause dismissed, on application of counsel for appellants, effective November 8, 1988.

**88-697.** State, ex rel. LaGuta, v. McMackin. *Marion County,* No. 9-87-50. Cause dismissed, on application of counsel for appellant, effective November 8, 1988.

**88-1230.** Uhrichsville v. Dansby. *Tuscarawas County,* No. 87AP090068. *Sua sponte,* cause dismissed for want of prosecution, effective November 8, 1988.

**88-1238.** Mendik v. Barbe. *Trumbull County,* No. 3836. *Sua sponte,* cause dismissed for want of prosecution, effective November 8, 1988.